In the Matter of the Petition of MYER KELMENSON for Confirmation of an Award in Arbitration Made by the Jewish Court of Arbitration, Inc.— Motion for reargu-

ment denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.